49403-68487 (RER)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| TAMEKA WORDLOW and JASON LEGRONE, | ) ) ) |
| Plaintiffs, | ) ) |
| VS. | ) )  Docket No. 2:11-cv-02127 )  JURY DEMANDED |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) |

_____

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

Comes now Defendant State Farm Fire and Casualty Company, by and through counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves this Court for an Order Granting its Motion for Partial Summary Judgment as to Plaintiffs' extra-contractual claims. In support of its Motion, Defendant State Farm Fire and Casualty Company relies upon the Memorandum of Law and Statement of Undisputed Material Facts filed contemporaneously herewith, as well as the entire record in this matter.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:   s/ Russell E. Reviere
RUSSELL E. REVIERE, BPR #07166
JONATHAN D. STEWART, BPR #023039
*Attorneys for Defendant*
209 E. Main Street
P.O. Box 1147
Jackson, TN  38302!1147
(731) 423-2414

49403-68487 (RER)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon: Michael R. Campbell and Stephen A. Sauer, Attorneys At Law, 8 So. 3rd Street, 4th Floor, Memphis, TN 38103 counselor of record for Plaintiffs, and by electronic means via the Court's electronic filing system.

This the 13th day of July, 2011.

                 _____s/ Russell E. Reviere_____