# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **TAMEKA WORDLOW and** ) | |
| **JASON LEGRONE** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 11-2127-STA-dkv |
| ) | |
| **STATE FARM FIRE AND CASUALTY CO.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER DIRECTING PLAINTIFFS TO RESPOND

Before the Court is Defendant's Motion for Partial Summary Judgment (D.E. # 8) filed on July 13, 2011. Plaintiffs response to Defendant's Motion was due on or before August 14, 2011. To date, Plaintiffs have failed to respond. Therefore, Plaintiffs are ordered to respond and show why the Court should not grant Defendant's Motion within seven (7) days of the entry of this Order, that is, by August 29, 2011.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

DATE: August 22, 2011