# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

TAMEKA WORDLOW and      )
JASON LEGRONE,      )
      )
     Plaintiffs,      )
      )
VS.      )     Docket No. 2:11-cv-02127
      )     JURY DEMANDED
STATE FARM FIRE AND CASUALTY      )
COMPANY,      )
      )
     Defendant.      )

_____

## JOINT REPORT PERTAINING TO MEDIATION
_____

Come now jointly the parties, by and through counsel, pursuant to this Court's request (DE # 17), and would state to the Court that formal mediation has not been completed by the parties to date, and informal settlement negotiations have not successfully resolved this matter to date. The parties would state that formal mediation can be completed within ninety (90) days.

49403-68487 (RER)

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:    _s/ Jonathan D. Stewart_____
       RUSSELL E. REVIERE, BPR #07166
       JONATHAN D. STEWART, BPR #023039
       *Attorneys for Defendant*
       209 E. Main Street
       P.O. Box 1147
       Jackson, TN  38302‒1147
       (731) 423-2414


       s/ Stephen A. Sauer by s/Jonathan D. Stewart
       Michael R. Campbell (025898)
       Stephen A. Sauer (015254)
       *Attorneys for Plaintiffs*
       8 So. 3rd Street, 4th Floor
       Memphis, TN 38103
       (901) 529-8500