# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TAMEKA WURDLOW and JASON LEGRONE, | ) ) ) |
| Plaintiffs, | ) ) |
| VS. | ) ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) ) |

Docket No. 2:11-cv-02127
JURY DEMANDED

## ORDER OF DISMISSAL WITH PREJUDICE

This date came the parties in the above-captioned cause and stated unto the Court that all issues had been resolved by way of compromise, and they jointly requested that the Court enter a judgment of dismissal with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the within action brought by Plaintiffs, TAMEKA WORDLOW and JASON LEGRONE, against Defendant, STATE FARM FIRE AND CASUALTY, be and the same is hereby dismissed with prejudice.

This the 30th day of May, 2012.

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

RAINEY, KIZER, REVIERE & BELL, P.L.C.


By: _r/Russell E. Reviere_____
RUSSELL E. REVIERE, BPR #07166
JONATHAN D. STEWART, BPR #023039
A*ttorneys for Defendant*
209 E. Main Street
P.O. Box 1147
Jackson, TN  38302‑1147
(731) 423-2414


__s/Steven A. Sauer_____
Michael R. Campbell (025898)
Stephen A. Sauer (015254)
*Attorneys for Plaintiffs*
8 So. 3rd Street, 4th Floor
Memphis, TN 38103
(901) 529-8500