*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **TAMEKA WURDLOW and JASON LEGRONE** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **CASE NO: 11-2127-A** |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED  that in accordance with the Order Of Dismissal With Prejudice entered on May 30, 2012, this cause is hereby dismissed with prejudice.**

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 5/31/2012**                                        **THOMAS M. GOULD**
                                                           **Clerk of Court**

                                                            **s/Terry L. Haley**
                                                         **(By)   Deputy Clerk**